**Bing XI KUANG, aka Wong Hong, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71026.

Agency No. A73–874–076.

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 26, 2004.

Albert C. Lum, Law Offices of Albert C. Lum, Las Vegas, NV, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, CAC–District Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Patricia L. Buchanan, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

## MEMORANDUM**

Bing Xi Kuang, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") summary affirmance of an immigration judge's ("IJ") order denying his application for asylum, withholding of removal, and relief under the Convention Against Torture. We dismiss the petition for review.

The IJ denied Kuang's application for relief because he failed to present credible testimony or corroborating evidence in support of his claims. We lack jurisdiction over this petition for review, because Kuang failed to raise contentions regarding the IJ's adverse credibility determination in his opening brief to this court. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259 (9th Cir.1996).

We deny Kuang's motion to remand to the BIA for consideration of his pending application to adjust status without prejudice to any motion to reopen regarding

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

this issue that may be pending before the BIA.

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.